**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICENTE ESTEBAN GUZMAN CORDOVA,<br><br>                                        Petitioner,<br><br>        v.<br><br>FERNANDO VALENZUELA, *et al.*,<br><br>                                        Respondents. | Case No. 25-cv-02426-BAS-DDL<br><br>**ORDER SETTING HEARING ON PETITION (ECF No. 1)** |

Counsel for the parties must appear in Courtroom 12B on **Friday, November 14, 2025**, at **11:00 a.m.** for a hearing on the Petition.

**IT IS SO ORDERED.**

**DATED: October 29, 2025**

_Cynthia Bashant_

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv2426